**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR TRUJILLO, | ) No. CV 23-2611-GW (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| F. GUZMAN, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is denied with prejudice.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: March 4, 2025

GEORGE H. WU
U.S. DISTRICT JUDGE