JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR TRUJILLO, | Case No. CV 23-2611-GW (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F. GUZMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: March 4, 2025

_____
GEORGE H. WU
U.S. DISTRICT JUDGE